# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

131484(29)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

WAYNE EARL LaFOUNTAIN,
       Defendant-Appellant.

SC: 131484
COA: 265709
Jackson CC: 82-028293-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's May 2, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

p0830